FILED
2014 Jul-01  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TEAM SYSTEMS INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AARON TERRY, an individual; <br> WILLIAM KIMES, an individual; <br> STEVE BROWN, an individual; <br> AQUATE CORPORATION II, a corporation; CAMBER AQUATE TECHNICAL SERVICES, LLC, a corporation; and CAMBER AQUATE TECHNICAL SERVICES II, LLC. <br><br> Defendants. | ) <br> ) <br> ) **Summons** <br> ) (Issued pursuant to Rule 4 of the <br> ) Federal Rules of Civil Procedure <br> ) or other appropriate law.) <br> ) <br> ) <br> ) CIVIL ACTION NO: <br> ) <br> ) 5:14-CV-1254-AKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:  Camber AQuate Technical Services, II, LLC
     C/O William L. Kines
     7800 Madison Blvd., Suite 201
     Huntsville, AL 35806

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
C. Carter Clay
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: __7/1/2014__

SHARON N. HARRIS, CLERK

By: __S. Murray__
    Deputy Clerk
    (SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) <br> ) <br> ) **Summons** |
| Plaintiff, | ) (Issued pursuant to Rule 4 of the <br> ) Federal Rules of Civil Procedure |
| vs. | ) or other appropriate law.) <br> ) |
| AARON TERRY, an individual; <br> WILLIAM KIMES, an individual; <br> STEVE BROWN, an individual; <br> AQUATE CORPORATION II, a corporation; CAMBER AQUATE TECHNICAL SERVICES, LLC, a corporation; and CAMBER AQUATE TECHNICAL SERVICES II, LLC. | ) <br> ) CIVIL ACTION NO: <br> ) <br> ) 5:14-CV-1254-AKK <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

To: Camber AQuate Technical Services, LLC
C/O William L. Kines
7800 Madison Street, Suite 201
Huntsville, AL 35806

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
C. Carter Clay
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 7/1/2014

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) )  ) **Summons** |
| Plaintiff, | ) (Issued pursuant to Rule 4 of the ) Federal Rules of Civil Procedure |
| vs. | ) or other appropriate law.) ) |
| AARON TERRY, an individual; WILLIAM KIMES, an individual; STEVE BROWN, an individual; AQUATE CORPORATION II, a corporation; CAMBER AQUATE TECHNICAL SERVICES, LLC, a corporation; and CAMBER AQUATE TECHNICAL SERVICES II, LLC. | ) ) CIVIL ACTION NO: ) ) 5:14-CV-1254-AKK ) ) ) ) ) ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

To:    AQuate Corporation II
       C/O William L. Kines
       7800 Madison Blvd., Suite 206
       Huntsville, AL 35806

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
C. Carter Clay
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: __7/1/2014__

SHARON N. HARRIS, CLERK

By: ____*S. Mwomey*____
    Deputy Clerk
    (SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff, | ) **Summons** ) (Issued pursuant to Rule 4 of the ) Federal Rules of Civil Procedure |
| vs. | ) or other appropriate law.) ) |
| AARON TERRY, an individual; WILLIAM KIMES, an individual; STEVE BROWN, an individual; AQUATE CORPORATION II, a corporation; CAMBER AQUATE TECHNICAL SERVICES, LLC, a corporation; and CAMBER AQUATE TECHNICAL SERVICES II, LLC. | ) ) CIVIL ACTION NO: ) ) 5:14-CV-1254-AKK ) ) ) ) ) ) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

To:   Omer Stephen Brown
        10315 Temperance Street SW
        Huntsville, AL 35803

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
C. Carter Clay
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: _7/1/2014_

SHARON N. HARRIS, CLERK

By: _S. Murray_
~~Deputy~~ Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TEAM SYSTEMS INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AARON TERRY, an individual; <br> WILLIAM KIMES, an individual; <br> STEVE BROWN, an individual; <br> AQUATE CORPORATION II, a corporation; CAMBER AQUATE TECHNICAL SERVICES, LLC, a corporation; and CAMBER AQUATE TECHNICAL SERVICES II, LLC. <br><br> Defendants. | **Summons** <br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br> CIVIL ACTION NO: <br><br> 5:14-CV-1254-AKK |

SUMMONS IN A CIVIL ACTION

To:   William Lee Kimes
      105 Pebble Creek Dr.
      Harvest, AL 35749

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
C. Carter Clay
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: __7/1/2014__

SHARON N. HARRIS, CLERK

By: _____
    Deputy Clerk
    (SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203